**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | | |
|---|---|---|
| MIGUEL SMITH and CARLA SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.   5:10-cv-420 |
| vs. | ) | |
| | ) | |
| CREDITORS INTERCHANGE | ) | **NOTICE OF DISMISSAL** |
| RECEIVABLE MANAGEGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiffs, MIGUEL SMITH and CARLA SMITH, by and through their attorney, and hereby advises the Court that they are dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

                                              Respectfully Submitted,

                                              /s/ M. Lynette Hartsell
                                              M. Lynette Hartsell (9845)
                                              Attorney for Plaintiffs
                                              1010 Lakeview Drive
                                              Cedar Grove, NC 27231
                                              (888) 493-0770, ext. 305 (phone)
                                              (866) 551-7791 (facsimile)
                                              Lynette@LuxenburgLevin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                              /s/ M. Lynette Hartsell
                                              M. Lynette Hartsell (9845)
                                              Attorney for Plaintiffs
                                              1010 Lakeview Drive
                                              Cedar Grove, NC 27231
                                              (888) 493-0770, ext. 305 (phone)
                                              (866) 551-7791 (facsimile)
                                              Lynette@LuxenburgLevin.com